IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WENDY REPICH, ON BEHALF OF §<br>HERSELF AND ALL OTHERS §<br>SIMILARLY SITUATED, §<br>                  PLAINTIFFS, §<br>   §<br>V.                                        §<br>   §<br>HOME FINANCING UNLIMITED, INC. §<br>AND LEIGH ANN MCCOY, §<br>INDIVIDUALLY, §<br>                  DEFENDANTS. § | CAUSE NO. 1:20-CV-1009-LY |

## ORDER CLOSING CASE

Before the court is the above entitled cause. On January 11, 2021, the parties filed a Joint Stipulation of Dismissal with Prejudice. (Doc. #14), which the court has reviewed and now approves. Accordingly,

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this __12th__ day of January, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE